REQUEST FOR COURT ACTION / DIRECTION

TO: Jim Molinelli
Miscellaneous Court Clerk

OFFENSE: Conspiracy To Commit Robbery By Force And Violence (Hobbs Act)-18:USC 1951(a); Attempt To Commit Robbery By Force And Violence (Hobbs Act) - 18:USC 1951(a).

ORIGINAL SENTENCE: Twenty-four (24) months imprisonment followed by three (3) years of supervised release and a $200.00 special assessment.

FROM: Teresita Contreras
U.S. Probation Officer

SPEC. CONDITIONS: None

AUSA: To be assigned.

RE: Rudys Marine
Docket # 05-CR-20791(SDFL)

DATE OF SENTENCE: August 8, 2006

DATE: February 14, 2008

ATTACHMENTS:   PSI X   JUDGMENT X   PREVIOUS REPORTS
VIOLATION   PETITION

REQUEST FOR:   WARRANT ___   SUMMON ___   COURT DIRECTION  X

---

### Transfer of Jurisdiction / Assignment Of District Judge

Reference is made to the above-captioned individual who was sentenced by Honorable Federico A. Moreno, U.S. District Judge, in the Southern District of Florida as indicated above.

He was released from the Bureau of Prisons on July 3, 2007, and was discharged to the Southern District of New York due to his residence in Manhattan. The releasee has no community ties in the Southern District of Florida.

At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York for **acceptance of a transfer of jurisdiction**. We have attached two Probation Forms 22 signed by the sentencing judge, Honorable Federico A. Moreno, ordering said transfer pursuant to 18 U.S.C.§ 3605.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE:

Marine, Rudys                                -2-                              P51724-T. Contreras

Should you have any questions or concerns feel free to contact the undersigned at (212) 805-5176.

                                                   Respectfully submitted,

                                                 Chris J. Stanton
                                                 Chief U.S. Probation Officer

                                 By:    _____
                                                 Teresita Contreras
                                                 U.S. Probation Officer
                                                 (212) 805-5176

Approved By:    _____   2/14/08
                    Jack Malkin                             Date
                    Supervising U.S. Probation Officer